UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 1594(b) |
| | ) Conspiracy to Engage in Forced |
| JAVIER SANCHEZ MENDOZA, JR. | ) Labor |
| | ) |
| | ) Forfeiture Allegation |

CR221-034

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*Conspiracy to Engage in Forced Labor*
18 U.S.C. § 1594(b)

Beginning at a time unknown, but at least from on or about August 14, 2018, and continuing through on or about November 4, 2019, the precise dates being unknown, in Glynn County, Wayne County, and Pierce County, within the Southern District of Georgia, and elsewhere, the defendant **JAVIER SANCHEZ MENDOZA, JR.**, aided and abetted by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, did knowingly benefit financially from participation in a venture which has engaged in the providing and obtaining of labor and services by unlawfully charging foreign workers to obtain an H-2A visa and by unlawfully withholding their identification documents, by means of the abuse and threatened abuse of law and legal process and by means of a scheme, plan, and pattern intended to cause foreign workers to believe that, if such foreign

workers did not perform such labor and services, that the foreign workers would suffer serious harm or physical restraint in violation of Title 18, United States Code, Sections 2, 1589(b).

All done in violation of Title 18, United States Code, Sections 2 and 1594(b).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 1594(d).

Upon conviction of Count One of this Information, the defendant **JAVIER SANCHEZ MENDOZA, JR**, shall forfeit to the United States of America, pursuant to Title 18, 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

If any property subject to forfeiture as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

All pursuant to Title 18, United States Code, Section 1594(d)(2) and 2428, as incorporated by Title 28, United States Code, Section 2461.

David H. Estes
Acting United States Attorney

Tania D. Groover
Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

E. Greg Gilluly
Assistant United States Attorney
Deputy Chief, Criminal Division