GAS 455 (Rev. 1/11) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT of GEORGIA

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

**JAVIER SANCHEZ MENDOZA**

CASE NUMBER: 2:21-CR-34

I, _____ Javier Sanchez Mendoza _____ , the above named defendant, who is accused of

18 U.S.C. § 1594(b) Conspiracy to Engage in Forced Labor

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ August 16, 2021 _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*