# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR221-34**

United States of America

vs.

**Javier Sanchez Mendoza, Jr.**
**1:35 - 2:17**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Steven Blackerby**
Attorney for Defendant

Interpreter - Julia Davis

- [✓] Plea agreement **(Received).**   [✓] Defendant Sworn   [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count One (1)** of the information.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Sapp** .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD** .
- [ ] Bond Continued    Bond modified to _____ .
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **08/16/2021**
Court Reporter **Debra Gilbert**   Probation Officer **Kayla**
Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Jay**