# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN    USA v. Javier Sanchez Mendoza, Jr.

CRIMINAL NO. CR221-34    AT Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT    Javier Sanchez Mendoza, Jr.    , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty    TO  Count one (1)

IN THE INFORMATION.

THIS  16th  DAY OF    August    , 2021.

NOLLE PROSSE AS

TO COUNT(S) _____

_[signature]_
Javier Sanchez Mendoza, Jr.    DEFENDANT

_[signature]_
COUNSEL FOR DEFENDANT
Steven G. Blackerby