UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Case No. 2:21-cr-34 |
| | * | |
| JAVIER SANCHEZ MENDOZA, JR., | * | |
| | * | |
| Defendant. | * | |

**SECOND CONSENT MOTION TO EXTEND TIME TO
RESPOND TO PRESENTENCE REPORT**

COMES NOW the above-referenced Defendant, by and through his undersigned counsel, and respectfully moves this Honorable Court to extend the time to serve his response to the presentence report, as follows:

The Court previously extended the deadline for Defendant to respond to the presentence report until November 15, 2021. The undersigned has been working to meet that deadline. Earlier this week, however, a member of the undersigned's immediate family recently had a medical emergency, which required a three-day hospitalization in Jacksonville. In light of that, the undersigned respectfully requests that the deadline be extended an additional week until November 22, 2021.

The undersigned has communicated with Assistant U. S. Attorney Tania Groover regarding this motion, and attorney Groover has indicated that the Government has no opposition.

1

WHEREFORE, the Defendant respectfully requests that the parties be granted seven (7) additional days to serve a response or objections to the presentence report.

RESPECTFULLY SUBMITTED this the 12th day of November, 2021.

                                              s/ Steven Blackerby
                                              Steven Blackerby
                                              Georgia Bar No.: 141250
                                              sblackerby@brbcsw.com
                                              Attorney for Defendant
                                              BROWN, READDICK, BUMGARTNER,
                                              CARTER, STRICKLAND & WATKINS, LLP
                                              P.O. Box 220
                                              Brunswick, GA 31521
                                              (912) 264-8544