IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,      *

      *

v.      *      Case Number: 2:21-cr-34

      *

JAVIER SANCHEZ MENDOZA JR.,      *

      *

Defendant      *

---

## APPLICATION FOR LEAVE OF ABSENCE

COMES NOW Steven G. Blackerby and requests that the Court grant him a leave of absence from this Court from Friday, January 14, 2022 through and including Monday, January 24, 2022. This leave is requested for the purpose of a family vacation.

Petitioner is currently attorney of record for Defendant Javier Sanchez Mendoza Jr., before this Court in the case listed above, and requests that this leave of absence be applicable to all proceedings which might otherwise be scheduled in the listed case.

All interested counsel of parties in each case listed above have been notified of Petitioner's intention to apply for said leave of absence.

Respectfully submitted, this 7th day of December, 2021.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP

s/Steven G. Blackerby
Steven G. Blackerby
Georgia Bar No. 141250
sblackerby@brbcsw.com

P. O. Box 220
Brunswick, GA 31521-0220
(912) 264-8544