# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____GEORGIA_____

UNITED STATES
v.
JAVIER SANCHEZ MENDOZA

## EXHIBIT LIST

Case Number: 2:21-CR-34

| PRESIDING JUDGE<br>Honorable Lisa Godbey Wood | PLAINTIFF'S ATTORNEY<br>Tania Groover, Greg Gilluly | DEFENDANT'S ATTORNEY<br>Steven G. Blackerby |
|---|---|---|
| SENTENCING DATE<br>March 30, 2022 | COURT REPORTER | COURTROOM DEPUTY<br>Whitney Sharp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 03/30 | X | ✓ | Charles King Affidavit |
| 2 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Tattoo |
| 3 | | 03/30 | X | ✓ | Photograph of Defendant's Truck – Outside |
| 4 | | 03/30 | X | ✓ | Photograph of Defendant's Truck – Inside with Bandana |
| 5 | | 03/30 | X | ✓ | Photograph of Defendant's Truck – Inside with Cell Phone #1 |
| 6 | | 03/30 | X | ✓ | Photograph of Defendant's Truck – Inside with Cell Phone #2 |
| 7 | | 03/30 | X | ✓ | Photograph of Defendant's House |
| 8 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine- Overview |
| 9 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine – Closeup |
| 10 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine - Candle |
| 11 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine – Victim's Hair |
| 12 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine – Victim's Blood |
| 13 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine – Back of Photograph of Victim |
| 14 | | 03/30 | X | ✓ | Photograph of Defendant's Santa Muerta Shrine – Front of Photograph Of Victim |
| 15 | | 03/30 | X | ✓ | Photograph of Victim's Lip |

| # | Date | | | Description |
|---|------|---|---|---|
| 16 | 03/30 | X | ✓ | Photograph of Victim's Eye |
| 17 | 03/30 | X | ✓ | Photograph of Victim's Hair |
| 18 | 03/30 | X | ✓ | Victim's Medical Records Notating Concussion – Request Under Seal |
| 19 | 03/30 | X | ✓ | Photograph of Google Translate |
| 20 | 03/30 | X | ✓ | Photograph of Defendant's Van #1 |
| 21 | 03/30 | X | ✓ | Photograph of Defendant's Van #2 |
| 22 | 03/30 | ✓ | ✓ | Knife seized from truck |