GOVERNMENT'S EXHIBIT NO.

CASE NO. 2:21-CR-34

United States of America

vs.

Javier Sanchez Mendoza, Jr.

2

MARKED FOR IDENTIFICATION

03/30/22

FILED IN EVIDENCE

*Martin Sharp*

JOHN E. TRIPLETT, CLERK OF COURT

