GOVERNMENT'S EXHIBIT NO. 1

CASE NO. 2:21-CR-34

United States of America

vs.

Javier Sanchez Mendoza, Jr.

3

MARKED FOR IDENTIFICATION

03/30/22

FILED IN EVIDENCE

[signature]

JOHN E. TRIPLETT, CLERK OF COURT



11.04.2019