GOVERNMENT'S
EXHIBIT NO.

CASE NO.   2:21-CR-34

United States of America

vs.
Javier Sanchez Mendoza, Jr.

MARKED FOR IDENTIFICATION

03 | 30 | 22

FILED IN EVIDENCE

JOHN E. TRIPLETT, CLERK OF COURT



11.04.2019