GOVERNMENT'S EXHIBIT NO.

CASE NO. 2:21-CR-34

United States of America

vs.

Javier Sanchez Mendoza, Jr.

9

MARKED FOR IDENTIFICATION
03/30/22

FILED IN EVIDENCE

*[signature]* Sharp

JOHN E. TRIPLETT, CLERK OF COURT

