GOVERNMENT'S
EXHIBIT NO.

CASE NO. 2:21-CR-34

United States of America

vs.

Javier Sanchez Mendoza, Jr.

19

MARKED FOR IDENTIFICATION

03/30/22

FILED IN EVIDENCE

JOHN E. TRIPLETT, CLERK OF COURT



google translate span

google translate spanish to english

Spanish → English

el me esta amenazando en matar a mi familia en mexico y el me quiere tener con el a la fuerza no quiero que el me haga daño

he is threatening me to kill my family in mexico and he wants to have me with him by force i don't want him to hurt me