| | |
|---|---|
| GOVERNMENT'S EXHIBIT NO. | |
| CASE NO. | 2:21-CR-34 |
| | United States of America |
| | vs. |
| | Javier Sanchez Mendoza, Jr. |
| | 20 |
| MARKED FOR IDENTIFICATION | 03/30/22 |
| FILED IN EVIDENCE | *[signature]* |
| JOHN E. TRIPLETT, CLERK OF COURT | |

