UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: 2:21-CR-34 |
| | ) | |
| JAVIER SANCHEZ MENDOZA | ) | |

### UNITED STATES' MOTION TO SEAL CERTAIN EXHIBITS

The United States of America respectfully moves this Court to seal the United States' Sentencing Exhibits 1 and 13-18 because they contain personal identifying information and otherwise identify a sexual assault victim.

The United States respectfully moves for an Order to seal its Exhibits 1 and 13-18 pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

/s/ Tania D. Groover
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov