UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 2:21-CR-34 |
| ) | |
| JAVIER SANCHEZ MENDOZA ) | |

### UNITED STATES' UNOPPOSED MOTION
### TO REDACT SENTENCING TRANSCRIPT

The United States of America respectfully moves to redact the transcript of the sentencing hearing held on March 30, 2022, to protect the identity and privacy of Jane Doe, the sexual assault victim in this case. Defendant has filed a notice of appeal (doc. 30) and has requested a transcript of the sentencing hearing. Doc. 40. In addition, the United States has learned that a media outlet has also requested a copy of the sentencing transcript.

The United States respectfully moves for an Order redacting all references to the name, address, and phone number of Jane Doe, the sexual assault victim in this case, pursuant to Rule 49.1(a) and (e) of the Federal Rules of Criminal Procedure. The advisory committee notes to Rule 49.1 elaborate that a "court can order in a particular case more extensive redaction than otherwise required by the Rule, where necessary to protect against disclosure to nonparties of sensitive or private information." Advisory Committee Note (2007 Adoption).

The United States has consulted with Defendant's counsel, Mr. Reddock, and he has no objection to the United States' motion.

2

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***/s/ Tania D. Groover***
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov