# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-CR-34 |
| | ) | |
| JAVIER SANCHEZ MENDOZA | ) | |

## UNITED STATES' NOTICE REGARDING RESTITUTION

The United States notifies the Court that it has not received any additional restitution requests in this case. Therefore, at the final restitution hearing on May 24, 2022, the United States will seek the restitution for the victims in the amounts outlined in the presentence report and itemized in Exhibit A.

To allow the Court and counsel to review the restitution calculations in its entirety without privacy redactions, the United States will move to file Exhibit A under seal.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov