# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-CR-34 |
| | ) | |
| JAVIER SANCHEZ MENDOZA, JR. | ) | |

## UNITED STATES' MOTION TO SEAL

The United States requests that the Court place under seal Exhibit A to its Notice Regarding Restitution. Doc. 48. The information and items set forth in the exhibit contain sensitive information concerning victims. To allow the Court and counsel to read the entire exhibit without redactions, the United States requests that the Court place under seal Exhibit A to Docket Number 48 pursuant to Federal Rule of Criminal Procedure Rule 49.1.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: tania.groover@usdoj.gov

1