# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR221-34**  
TITLE **USA v. Javier Sanchez Mendoza, Jr.**  
TIMES **1:40 - 1:52**

DATE **05/24/2022**  
TOTAL **12 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Court Reporter : **Debra Gilbert**  
Courtroom Deputy : **Whitney Sharp**  
Interpreter : **Julia Davis**

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Tania Groover | Scott Reddock | |

PROCEEDINGS : **Restitution Hearing**

✓ In Court  
☐ In Chambers

Case called for final restitution hearing.
Government 1:43 - 1:46 / USPO 1:48 / Defense 1:49
Court - By a finding of the preponderance of the credible evidence the Court finds that restitution is due in the total amount of $75,486.64 / Payments quarterly of $25 if non-unicore or minimum of 50% of monthly earnings if working unicore / upon release, payments of $200 per month / interest waived / pay as directed / notify of changes in economic status.