Javier Sanchez Mendoza 18118-509
Glynn County Detention Center
100 Sulphur Springs Road
Brunswick , GA 31520

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2023 JAN 11 A 11: 22

CLERK
SO. DIST. OF GA

***** YOU COULD HAVE RECEIVED THIS DOCUMENT BY EMAIL *****
Register now and get all your pleadings and orders delivered to your desktop

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 2:21cr034 |
| v. ) | |
| ) | |
| JAVIER SANCHEZ MENDOZA, ) | |
| JR., ) | |
| ) | |
| Defendant/Appellant. ) | |

## ORDER

The appeal in the above-styled action having been dismissed, pursuant to the Government's motion, by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __3__ day of January, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF GEORGIA
P.O. BOX 8286
SAVANNAH, GEORGIA 31412

OFFICIAL BUSINESS

JACKSONVILLE FL 320
5 JAN 2023 PM 2 L
01/03/2023
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 31401
041M11272209

RETURN TO SENDER
GLYNN CO DET. CTR
REASON: Transferred

RECEIVED
JAN 5 2023
By_____

RECEIVED
U.S. Marshals Service
Savannah, Georgia