LEGAL MAIL

Javier Sanchez Mendoza
USM #'s: 18118-509
Conspiracy to engage in forced labor
Case #'s: 2:21CR00034-1
FCI Gilmer, PO Box 6000
Glenville, WV 26351

Southern District of Georgia
U.S. District Court
801 GLOUCESTER ST STE 220
Brunswick, GA 31520

Dear Clerk of Southern District of Georgia

    I'm writing this letter to you Clerk to appoint me a attorney for the 2255 petition to my case please, counsel for me for the 2255 petition on the grounds that I'm indigent (too poor to afford a attorney). My case is Conspiracy to engage in forced labor to handle my 2255 petition please cuse thank you and Jehovah bless you.

                              Sincerely

                        x /s/ Javier Sanchez Mendoza
                          Javier Sanchez Mendoza
                              18118-509

FILED U.S. DISTRICT COURT BRUNSWICK DIV.
2023 JUL 26 A 11:09
CLERK

Javier Sanchez Mendoza #18118-509
FCI Gilmer
PO Box 6000
Glenville, WV 26351

LEGAL MAIL

Southern District of Georgia
U.S. District Court
801 Gloucester St. STE 220
Brunswick, GA 31520