UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 2:21-CR-034-01 |
| JAVIER SANCHEZ MENDOZA, JR., | ) ) | |
| Defendant, | ) ) ) | |

## AMENDED ORDER OF RESTITUTION

This matter came before the Court on the Government's Motion for an Amended Order of Restitution (ECF No. 64), requesting an order that all payments received from Defendant Javier Sanchez Mendoza, Jr., up to $75,486.64, be applied jointly and severally to the restitution ordered in *United States v. Charles Michael King* (Case No. 5:21-CR-009-09) (ECF No. 763) and in *United States v. Stanley Neal McGauley* (Case No. 5:21-CR-009-10) (ECF No. 766).

Based on the Government's Motion, and all the files and records of the proceedings herein, **IT IS HEREBY ORDERED** that:

1.    The Government's Motion for an Amended Order of Restitution is **GRANTED**; and

2.    The Clerk of Court is directed to apply any sums received from Defendant Javier Sanchez Mendoza, Jr., up to $75,486.64, jointly and severally towards the restitution obligation imposed on Defendant Charles Michael King (Case No. 5:21-CR-009-09) and imposed on Defendant Stanley Neal McGauley (Case No.

5:21-CR-009-10). All other language on the restitution and forfeiture page in the original sentencing order shall remain the same.

SO ORDERED this ___18___ day of May, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA